## Return Receipt

| | |
|---|---|
| Your message: | Here are the documents you need. |
| was received by: | Jessica Rogers/TXND/05/USCOURTS |
| at: | 06/15/2015 10:13:03 AM |