# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | Case No. 4:15mj220 |
| V. | § | |
| | § | Charging District: Northern District of Texas |
| LUIS CUENTAS | § | Case No. 3:08cr94-1 |
| | § | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the NORTHERN DISTRICT OF TEXAS.

The defendant may need an interpreter for this language _____.

The defendant:   ☐ will retain attorney.
                 ☐ is requesting court appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United Sates attorney and the clerk of court for that district of the defendant's arrival so that further proceeding may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**So ORDERED and SIGNED this 17th day of June, 2015.**

*[signature]*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

---

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. §801 *et seq*); (b) Controlled Substances Import and Export Act (21 U.S.C. §951 *et seq*); or Section 1 of Act of Sept. 15, 1980 (21 U.S.C. §955a).